David Fagel, Appellant, v. Sterling Brands, Inc., and General Finance Corporation, Defendants. General Finance Corporation, Appellee.

Gen. No. 43,125.

opinion filed December 11, 1944; released for publication December 27, 1944. John H. Lyle, P. F. Murray and Ernest H. Gager, for appellant; Seymour M. Lewis and Theodore Rubovits, for appellee. Opinion by JUSTICE O'CONNOR. Not to be published in full.